STATE OF FLORIDA ex rel. ESTELLE HARDWICK v. FRANK MITCHELL, as Chief of Police of the City of Miami.

34 So. (2nd) 744                    January Term, 1948
April 13, 1948                       Special Division A

G. A. *Worley* and *Jack Kehoe,* and *Ernest E. Roberts,* for appellant.

*J. W. Watson, Jr.,* for appellee.

PER CURIAM:

The judgment appealed from is affirmed on authority of Wright v. Worth, 83 Fla. 204, 91 So. 87.

THOMAS, C. J., TERRELL and CHAPMAN, JJ., and WHITE, Associate Justice, concur.